UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>State of New Hampshire</u>

            v.             Civil No. 07-cv-80-PB

<u>Exxon Mobil Corporation, et al</u>

<u>O R D E R</u>

I recuse myself from this case and direct the clerk to assign it to another judge.

SO ORDERED.

April 18, 2007             /s/ Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

cc:    Jennifer J. Patterson, Esq.