UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>State of New Hampshire</u>

    v.                      Civil No. 07-cv-80-JD

<u>ExxonMobil Corporation, et al.</u>

<u>O R D E R</u>

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

April 19, 2007

cc: Jennifer J. Patterson, Esquire