UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                        Civil No. 07-cv-80

<u>ExxonMobil Corporation, et al.</u>

**ORDER OF RECUSAL**

By statute, a financial interest in a party, however slight (i.e., even one share), results in disqualification.  As I have a financial interest in defendants ExxonMobil Corporation and General Electric Company, Inc., recusal is mandatory.  <u>See</u>, 28 U.S.C. § 455(b)(4).

     **SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

April 20, 2007

cc:  Jennifer J. Patterson, Esq.