IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL CORPORATION, *ET AL.*, )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 1:07-cv-00060-PB |
| STATE OF NEW HAMPSHIRE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXXONMOBIL CORPORATION, *ET AL.*, )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 1:07-cv-00080-PB |

**ORDER OF CONSOLIDATION**

The matter having come before the Court on the State's Motion to Consolidate Related Actions, and the Court having considered the supporting papers,

IT IS this _____ day of _____, 2007,

ORDERED that:

1. The State's Motion to Consolidate Related Actions is Granted;

2. Pursuant to Fed. R. Civ. P. 42(a), the above cases are consolidated for all purposes.

3. Civil case number 1:07-cv-00060-PB shall be designated as the main case. Henceforth, these consolidated cases shall be considered as one case and all pleadings will be filed in the main case and captioned with that case number. The certificate of service shall indicate copies to all counsel in the main case which shall now include all counsel in the former related case.

4. The former related case shall be statistically closed.

5. Parties in the former related case will be added to the main case as consolidated plaintiff/defendants, if applicable.

6. The State shall serve copies of this order on all counsel of record in the main and former cases.

*[signature]*
United States District Judge
5/7/07